# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | | |
|---|---|---|
| THE ROW, INC. | ) | |
| Plaintiff | ) | |
| v. | ) ) | Civil Action No. 3-16-0687 |
| ROOKE, LLC | ) | |
| Defendant | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rooke, LLC
c/o Sean M. Carroll, Esq.
Clark Hill PLC
14850 N. Scottsdale Road #500
Scottsdale, AZ 85254
Registered Agent for Rooke, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: R. Horton Frank, III
Samuel P. Helmbrecht
Watkins & McNeilly, PLLC
214 Second Avenue North, Suite 300
Nashville, TN 37201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAR 30 2016

*Signature of Clerk or Deputy Clerk*